IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MARTIN, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 15-00127-KD-M |
| : | |
| MARY M. CHAMPION, *et al.*, : | |
|     Defendants. : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 19, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (Doc. 7) is **DENIED**, Defendant USA's Motion to Dismiss (Doc. 3) is **GRANTED**, and Plaintiff's Motion to Remand (Doc. 17) is **GRANTED,** such that this action is hereby **REMANDED** to the Circuit Court of Wilcox County, Alabama from whence it came.[1]

It is further **ORDERED** that the claims against Defendants Champion and the United States of America are **DISMISSED** and that said defendants are **DISMISSED** from this action.

**DONE** and **ORDERED** this the **7th** day of **July 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] No recommendation was made as to Defendant Bristol's motion to dismiss (Doc. 13).  (Doc. 20 at 8).  However, as explained in the Report and Recommendation, adopting same "means that the Court would not have jurisdiction to rule" on that motion.  (Id. at note 5).